UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHIA HUEY CHOU,

        Plaintiff,

    - against -

REMINGTON TAI CHE,

        Defendant.
------------------------------------------------------------X

**ORDER**
09-CV-4121 (RRM)(LB)

**MAUSKOPF, United States District Judge.**

    On January 20, 2010, Plaintiff moved for default judgment against Defendant, seeking $150,000 in damages for breach of contract and fraud. (Doc. No. 5.) By Order entered February 2, 2010, this Court referred that motion to the assigned Magistrate Judge, the Honorable Lois Bloom, for a Report and Recommendation. On August 24, 2011, Magistrate Judge Bloom filed a Report and Recommendation (the "R&R"), addressing Plaintiff's motion, recommending that it be denied, and that Plaintiff's Complaint be dismissed. (Doc. No. 10). The Magistrate Judge reminded the parties that, pursuant to Rule 72(b), objections to the R&R were to be filed electronically within 14 days of the date the R&R was served: in this case, by September 8, 2010. No party has filed any objections.

    Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed for clear error the Magistrate Judge's well-reasoned and comprehensive R&R and, finding none, concurs with the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007). Accordingly, this Court adopts the recommendation set forth therein, and hereby ORDERS that Plaintiff's Motion for Default Judgment (Doc. No. 5) be DENIED, and that Plaintiff's Complaint (Doc. No. 1) be DISMISSED.

The Clerk of Court is directed to mail a copy of this electronic Order to Plaintiff *pro se* and to close the case.

SO ORDERED.

Dated: Brooklyn, New York
April 22, 2011

/S/
_____
ROSLYNN R. MAUSKOPF
United States District Judge